D. John Djordjevich, Esq.
Bar No. 021054
7047 E Greenway Parkway,
Suite 250
Scottsdale, Arizona 85254
Telephone (480) 621-7150
Facsimile (866) 464-6048
john@djazlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Landsberg Orora,<br><br>             Plaintiff,<br><br>vs.<br><br>Riedel Marketing Group, LLC,<br>             Defendant. | Case No. _____<br><br>**COMPLAINT** |

Plaintiff Landsberg Orora ("Orora") by and through counsel undersigned, for its Complaint against Riedel Marketing Group, LLC ("Riedel"), alleges as follows:

1.      Plaintiff Orora provides packaging solutions to its customers throughout the United States.

2.      Orora is a California corporation with its principal place of business at 6600 Valley View Street, Buena Park, California 90620.

3.      Defendant Reidel is an Arizona limited liability company with its principal place of business at 5327 E Pinchot Avenue, Phoenix, Arizona 85028.

4.      Riedel is comprised of two members, Timothy Riedel and Ann J. Riedel, both of whom are residents of the state of Arizona.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28

U.S.C. § 1332 (a) because Orora and Riedel are citizens of different States, and the amount of controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1491 (b)(1) and 1491 (b)(2) because Riedel resides in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district.

### FACTS

7. On April 15, 2020, Riedel placed purchase orders with Orora for certain packaging materials.

8. On that same date, Riedel made payment on the purchase orders to Orora via credit card.

9. In or about May 2020, Orora shipped the packaging material to Riedel's customer. True and correct copes of the bills of lading reflecting the same are attached as Group Exhibit A.

10. On or about May 21, 2020, June 22, 2020 and July 24, 2020, Orora issued invoices numbers 91323343, 91359928 and 91400442 ("Invoices") to Riedel. The invoices contain the Standard Terms and Conditions governing Orora's sale of the packaging material to Reidel including payment on the Invoices within 30 days, payment of interest at a rate of one and one-half percent (1.5%) per month and reimbursement of reasonable attorney's fees incurred in connection with its collection efforts. True and correct copies of the invoices are attached as Group Exhibit B.

11. On June 24, 2020, Orora discovered that the credit card payment made by Riedel on April 15, 2020 was disputed and reversed.

12. As of this date, Riedel failed to make any payment to Orora on the invoices in breach of the Standard Terms and Conditions.

### COUNT I –BREACH OF CONTRACT

13. Orora re-alleges and incorporates Paragraphs 1-12 of the Complaint as if fully set forth herein.

14. As evidenced by their course of conduct and the various writings attached hereto as Exhibits A-B, Reidel entered into sale of good contracts.

15.     In consideration for the receipt of the goods specified in the Invoices, Riedel agreed to make timely payment to Orora.

16.     Riedel also agreed to pay interest at a rate of one and one-half percent (1.5%) per month if it failed to make sch timely payment to Orora.

17.     Riedel also agreed to pay reasonable attorney's fees incurred in connection with Orora's efforts to collect payment.

18.     Orora fully performed under the contracts and fulfilled all conditions precedent to payment by delivering the packaging materials to Reidel's customer.

19.     Riedel breached the contracts by failing to make timely payment to Orora on the following Invoices:

| Invoice Number | Invoice Date | Item Description | Invoice Amount |
| --- | --- | --- | --- |
| 91323343 | May 21, 2020 | 8 oz PET bottle, 12-410 CAP | $107,590.00 |
| 91359928 | June 22, 2020 | 8 oz PET bottle | $381.85 |
| 91400442 | July 24, 2020 | FREIGHT | $3,633.58 |

20.     As a result of Reidel's breach of contracts, of this date, Orora has been damaged in the principal amount of $111,605.43 plus interest at the contractual rate of one and one-half percent (1.5%) per month.

WHEREFORE, Orora prays for judgment against Riedel, and in favor of Orora, in the principal amount of $111,605.43 plus interest at the contractual rate of one and one-half percent (1.5%) per month plus its reasonable attorneys' fees, costs, and pre- and post-judgment interest at the maximum rate, and award Orora any further relief as this Court deems just and proper.

Dated this 19th day of March, 2021.

/s/ D. John Djordjevich

_____
D. John Djordjevich, Esq.
7047 E Greenway Parkway, Suite 250
Scottsdale, Arizona 85254

EXHIBIT A

**Date:  5/12/20**     **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**     Page 1 of 1

| SHIPPER INFORMATION | BOL#: 5300268973 |
|---|---|
| **EVERGREEN PLASTIC CONTAINER, INC.**<br>**6501 NE 47th AVE.**<br>**VANCOUVER, WA 98661**<br>Tel No.: 360-828-7174 \| Fax No.: 360-828-7181 | BAR CODE SPACE |

| RECEIVER INFORMATION | PO#: 5300268973 |
|---|---|
| **2123 Watterson Trail**<br>**LOUISVILLE KY 40299**<br><br>Phone:  **Cathy Hilton: 909-770-5402** | Carrier:<br>Driver:<br>Phone: (   )<br>Trailer number:<br>Serial number(s): |

| FREIGHT CHARGES BILL TO | Dock Appointment @ 9am |
|---|---|
| **Anvyl, Inc**<br>**335 Madison Ave 6H**<br>**New York, NY  10017** | SCAC:<br>Pro Number:<br><br>BAR CODE SPACE |
| Special Instruction: | **Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):<br>Prepaid ·        Collect ·        3rd Party ·      Consignee ·<br><br>☐ Master bill of lading with attached underlying bills of lading. |

|   | PRODUCT TYPE | COLOR | PALLETS | UNIT WEIGHT | BOTTLES/ PALLET | GROSS WEIGHT | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|---|---|
| 1 | **8oz EPC Stock Flat Panel** | **Clear** | **22** | **17** | **8740** | **7700** | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| | **TOTALS:** | | **22** | | | **7,700** | |

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, or to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.<br>**Shipper Signature** _____ |
|---|---|

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| BERNARDO     SERNA<br>PRINT NAME                    DATE<br><br>BS              3.18.2<br>SIGNATURE<br><br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By shipper<br>☐ By driver<br>TIME IN:<br>NA<br><br>TIME OUT:<br>NA<br><br>Quality Control:<br>☐ QC Released<br>☐ QC Not Released | ☑ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces<br><br>BS<br>**SUPERVISOR INITIALS**<br>Acknowledgement of product<br><br>BS<br>**SUPERVISOR INITIALS**<br>Acknowledgement of loaded product<br><br>SEAL # 8718125 | 5-18-20<br>SANDRA G. Vickers<br>PRINT NAME                    DATE<br><br>Sandra Vickers<br>SIGNATURE<br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

| 5.11 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 |
| 5.11 | 5.11 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 | 5.12 |

Rev. 3 \| 05/02/18
By Janet Cooper

# GROUP BILL OF LADING

**Group Bill of lading : 12559679**  Aptar



**Aptar**

RECEIVED, subject to the classifications and tariffs in effect on issue of Bill of Lading

The property described below in the apparent good order, except as noted ( contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of the said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of the said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the uniform domestic straight bill of lading set forth (1) in official, southern, western and Illinois freight classifications in effect on the date hereof. If this is a rail or a rail-water shipment, or (2) in applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back, thereof, set forth in the classification or tariffs which governs the transportation of the shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Date Printed: 05/19/2020

SHIPPER'S NO
12559679

Ship-To-Party True Made Foods Inc.
2123 Waterson Trail
LOUISVILLE KY  40299
USA

|||||||||||| 12559679

*Alexander Mercado*
(Signature of the Consignor)

(Mail or street address of the consignee for purposes of notifications only)

Ship From Aptar Lincolnton
3300 Finger Mill Road
Lincolnton NC  28092

| | |
|---|---|
| Inco Terms: FCA,LINCOLNTON, NC US COLLECT | |
| Page 1 of 1 | |
| Transp. Supplier: See Comments for Routing | |
| Shipping Type: | |
| Total Cartons: | 194 |
| Total Weight: | 4,309  LB |

THIRD PARTY FREIGHT BILL-TO
Orora Business service
center
1900 w university Dr #101
Tempe, AZ 85281
Cathy.Milton@lanssberg.com

| | |
|---|---|
| 156600: Plastic of rubber articles. Caps, covers, discs, ends, bands, rings or tops. NOI. for bottles, cans cups collapsible tubes, glass jars or jugs. (Sub 1 – 11)<br>40290:  Caps, Covers or Tops, dispensing for pressurized cans or bottles or assembled parts thereof NOI (Sub 1 – 2) | |

| Delivery | Shipping Information | | Cartons | Weight |
|---|---|---|---|---|
| 82199395 | 00001031115871 | 10 PCF TO 12 PCF | 194 | 4,309  LB |
| | CL_ASM-ST------BLAC---BLAC---- | | | |
| | Cust. Material No.:   1478742 | Aptar SO#: 1998674/10 | | |
| | Cust. PO Number:  5300268973 | Dock Date: | | |
| | Quantity:           291,000            PC | Dock Time: 00:00:00 | | |
| | Class:               92.5              NMFC No. | 156600.07 | | |
| | 50        Box (s) @ 1,500    Batch Code: 0024201360 | Batch Code Total Qty: 75,000 | | |
| | 144      Box (s) @ 1,500    Batch Code: 0024466680 | Batch Code Total Qty: 216,000 | | |

## DO NOT BREAKDOWN PALLETS

The fiber boxes used for this shipment confirm to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the consolidated Freight Classification.

Trailer No #:  1957

# This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and all other are in proper condition for transportation, according to the applicable regulations of Department of Transportation.
* If the shipment moves between two parts by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier or shippers weight'.
*Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation
Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

Seal #:  28160620

Trailer Inspected and
loaded by
(Signature)

This is to certify that the above named materials are properly classified, described, packaged marked and labeled.
NOTE: Preprinted certificates complying with 48CFR 174, 430(a in effect on June 30, 1976 may be used throughout June 30 1979)

| | | |
|---|---|---|
| DATE:  5-19-20 | Packing List on Skid:  Yes | |
| CARRIER NAME: | | |
| No. Of BOXES: | Driver Name (PRINT): Alexander | **PLACE PRO NUMBER STICKER HERE** |
| No. Of PALLETS:  6 | Driver Signature: | |
| | By Signing above, driver confirms the counts are correct | |

# GROUP PACKING LIST

## Group Packing List : 12559679



| Date Printed: | 05/19/2020 | | SHIPPER'S NO |
|---|---|---|---|
| Ship-To-Party | True Made Foods Inc.<br>2123 Waterson Trail<br>LOUISVILLE KY  40299<br>USA | | 12559679 |



12559679

| Ship From | Aptar Lincolnton<br>3300 Finger Mill Road<br>Lincolnton NC  28092 | Inco Terms: FCA,LINCOLNTON, NC US<br>~~COLLECT~~ | Total Cartons: | 194 | |
|---|---|---|---|---|---|
| | | Page 1 of 1 | Total Product Weight : | 4309 | LB |
| | | Transp. Supplier: See Comments for Routing | | 1955 | KG |
| | | Shipping Type: | Volume (Cubic Meters): | 11.628 | |

| Delivery | | Cartons |
|---|---|---|
| **82199395** | **31115871**<br>CL_ASM-ST------BLAC---BLAC----<br>Cust. Material No.:   1478742          Aptar SO#: 1998674/10<br>Cust. PO Number:   5300268973          Dock Date:<br>Quantity:          291,000          PC          Dock Time: 00:00:00<br><br>50          Box (s) @ 1,500      Batch Code:  0024201360      Batch Code Total Qty: 75,000<br>144         Box (s) @ 1,500      Batch Code:  0024466680      Batch Code Total Qty: 216,000 | **194** |

9000019160059

WhN 127 Lincolnton
ACKN Date May 20, 2020
Ship Type
Route US Road - 2

9200019867400000

Sold To : 1218663-Anvyl, Inc.-335 Madison Avenue, Suite 6H-NEW YORK-NY-10017-US

Ship To : 1213114-True Made Foods Inc.-2123-Waterson Trail-LOUISVILLE-KY-40299-US

Freight Payment :

Carrier : See Comments for Routing

0082199395

IncoTerm1 FCA   IncoTerms2 LINCOLNTON, NC US COLLECT

COO:US

Label PO Header Info :
Label PO Addn'l Data B :
Forward Agt/Carrier : See Comments for Routing
Call before shipping :

*Please contact Dan Magida <dan@anvyl.com> & Dan Magida
<dan@anvyl.com> for routing*

Delivery Header Text

Label Other PO Addn'l Data B :

5300268973

Customer Material # : 1478742

Description : 28-410 CAP - 1810 sport cap BLK/BLK
Shipping Instructions :

Freight Forwarder :
Label Cust Mat Desc. Addn'l data B

C of C :
Carrier Seal :
NAFTA Certificate :
SGS Inspection
Req'd :

Label Cust
Mat Addn'l
Data B :

Pallet type        : DMP
Layers per pallet    : 6
Box per layer on pallet : 6
Customer Service Rep :   Megan Lois

| TO Item | Bin | Material | Batch | QTY | PCS/Carton | Cartons | Pallets | HU/SU Number | Sloc |
|---------|-----|----------|-------|-----|------------|---------|---------|--------------|------|
| 9100019160590001 | 213 | 31115871 | 0024201360 | 54,000 | 1,500 | 36 | 1 | 97000000200653603000812 | 1001 |
| 9100019160590002 | 213 | 31115871 | 0024466680 | 54,000 | 1,500 | 36 | 1 | 97000000200653602980332 | 1001 |
| 9100019160590003 | 213 | 31115871 | 0024466680 | 54,000 | 1,500 | 36 | 1 | 97000000200653602976203 | 1001 |

PICKER : _____

CHECK LIST
MOLD : _____

BY : _____
MSTR SMPL. : _____

CERT : _____
PO # : _____

CONTROLLER : _____

CTNS : _____
CODE : _____

PCS/CTN : _____
I.D. : _____

TALLY SHT: _____

| WhN | 127 | Lincolnton |
|---|---|---|
| ACKN Date | **May 20, 2020** | |
| Ship Type | | |
| Route | **US Road - 2** | |

Sold To : **1218663-Anvyl, Inc.-335 Madison Avenue, Suite 6H-NEW YORK-NY-10017-US**

Ship To : **1213114-True Made Foods Inc.-2123-Waterson Trail-LOUISVILLE-KY-40299-US**

Carrier :   **See Comments for Routing**

Freight Payment :

IncoTerm1 **FCA**   IncoTerms2   **LINCOLNTON, NC US COLLECT**

| TO Item | Bin | Material | Batch | QTY | PCS/Carton | Cartons | Pallets | HU/SU Number | Sloc |
|---|---|---|---|---|---|---|---|---|---|
| 91000191605590004 | 213 | 31115871 | 0024466680 | 54.000 | 1,500 | 36 | 1 | 970000000200635602976201 | 1001 |
| 91000191605590005 | 213 | 31115871 | 0024466680 | 54.000 | 1,500 | 36 | 1 | 970000000200635602973522 | 1001 |
| 91000191605590006 | 213 | 31115871 | 0024201360 | 21.000 | 1,500 | 14 | 1 | 970000000200635602988363 | 1001 |
| | | | **Total PCS** | 291.000 | **Total CTNS & Pallets** | 194 | 6 | | |

PICKER : _____

CHECK LIST _____

MOLD : _____   BY : _____   MSTR SMPL : _____

CERT : _____   PO # : _____

CONTROLLER : _____

CTNS : _____   CODE : _____

PCS/CTN : _____   I.D. : _____   TALLY SHT : _____

ID: Alexander

TIME  Pemez         PHONE   704-280-1816

PU# 5300268973

TR# 1957

DR# 34

ROW 213 - 6 Pallet

EXHIBIT B



**Landsberg**
OR🔆RA

1900 W University Drive
Suite 101
Tempe, AZ 85281
480-333-6660

*Landsberg*
Engineered Packaging Solutions
OR🔆RA

# Invoice

Page 1 of 1

| Remit-To Address |
|---|
| Landsberg/EPS |
| 13397 Marlay Ave Ste A |
| Fontana CA 92337-6946 |

RIEDEL MARKETING GROUP
5327 E PINCHOT AVE
PHOENIX AZ 85018-8039

| Ship-to Address |
|---|
| FLAVORCRAFT |
| 2123 Watterson Trail |
| LOUISVILLE KY 40299 |

| Information | |
|---|---|
| Customer Number | 160055 |
| Division | 1087 |
| Order Number | 1005232 |
| Delivery Number | 5300268973 |
| Sales Person | 948 |

| Ship Date | Purchase Order Number | Invoice Date | Invoice Number | Payment Terms | Incoterms |
|---|---|---|---|---|---|
| 05/11/2020 | 5720 landsberg | 05/21/2020 | 91323343 | Payment on Delivery | DESTINATION |

| Material | Description | Qty | UM | Unit Price | UM | Ext Price | Tax |
|---|---|---|---|---|---|---|---|
| 1478740 | 8oz PET bottle  236.8ml | 290,000 | EA | 0.22800 | EA | 66120.00 | Y |
| 1478742 | 28-410 CAP - Fits 8oz & 12oz PET bottle | 290,000 | EA | 0.12200 | EA | 35380.00 | Y |

| Subtotal | Shipping & Handling | Fuel Surcharge | Tax Rate | Sales Tax | Total Invoice |
|---|---|---|---|---|---|
| 101500.00 | 0.00 | 0.00 | 6.00 | 6090.00 | 107,590.00 USD |

Title to goods delivered shall remain with company until paid for in full.
Any discrepancy in price, specification, delivery or other material term in the PO must be communicated to the company within 2 days of receipt.
The following is made in lieu of all warranties, express or implied; company's only obligation shall be to replace such quantity of the product proved to be defective. Company shall not be liable for any injury, loss or damage, arising out of the use or inability to use the product. Before using, buyer shall determine the suitability of the product for its intended use and buyer assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed or waived except by written agreement. In the event that invoices are not paid when due, buyer agrees to pay an amount equal to 1 ½% of the invoice total for each month past the date on which payment was due. Buyer further agrees to pay reasonable attorneys' fees and costs incurred by company to collect any invoice not paid when due.
Any terms or conditions inconsistent with those stated herein, which may appear on buyer's purchase order, or any other documents comprising an order from buyer, are void.
TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS, LOST DATA, OR LOSS OF USE) OR ATTORNEYS' FEES OR COSTS ARISING OUT OF ANY PRODUCT OR SERVICE PROVIDED UNDER THIS AGREEMENT, ANY PERFORMANCE OF, OR FAILURE TO PERFORM, THIS AGREEMENT OR ANY CONDUCT IN FURTHERANCE OF THE PROVISIONS OR OBJECTIVES OF THIS AGREEMENT, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON TORT, WARRANTY, CONTRACT OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.



## Landsberg
ORORA

1900 W University Drive
Suite 101
Tempe, AZ 85281
480-333-6660

### Landsberg
Engineered Packaging Solutions
ORORA

# Invoice

Page 1 of 1

| Remit-To Address |
| --- |
| Landsberg/EPS<br>13397 Marlay Ave Ste A<br>Fontana CA 92337-6946 |

| Ship-to Address |
| --- |
| FLAVORCRAFT<br>2123 Watterson Trail<br>LOUISVILLE KY 40299 |

RIDEL MARKETING GROUP
5327 E PINCHOT AVE
PHOENIX AZ 85018-8039

| Information | |
| --- | --- |
| Customer Number | 160055 |
| Division | 1087 |
| Order Number | 1005232 |
| Delivery Number | 5300268973 |
| Sales Person | 948 |

| Ship Date | Purchase Order Number | Invoice Date | Invoice Number | Payment Terms | Incoterms |
| --- | --- | --- | --- | --- | --- |
| 05/26/2020 | 5720 landsberg | 06/22/2020 | 91359928 | Payment on Delivery | DESTINATION |

| Material | Description | Qty | UM | Unit Price | UM | Ext Price | Tax |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1478740 | 8oz PET bottle  236.8ml | 1,580 | EA | 0.22800 | EA | 360.24 | Y |

| | Subtotal | Shipping & Handling | Fuel Surcharge | Tax Rate | Sales Tax | Total Invoice |
| --- | --- | --- | --- | --- | --- | --- |
| | 360.24 | 0.00 | 0.00 | 6.00 | 21.61 | 381.85 USD |

Title to goods delivered shall remain with company until paid for in full.
Any discrepancy in price, specification, delivery or other material term in the PO must be communicated to the company within 2 days of receipt.
The following is made in lieu of all warranties, express or implied; company's only obligation shall be to replace such quantity of the product proved to be defective. Company shall not be liable for any injury, loss or damage, arising out of the use or inability to use the product. Before using, buyer shall determine the suitability of the product for its intended use and buyer assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed or waived except by written agreement. In the event that invoices are not paid when due, buyer agrees to pay an amount equal to 1 ½% of the invoice total for each month past the date on which payment was due. Buyer further agrees to pay reasonable attorneys' fees and costs incurred by company to collect any invoice not paid when due.
Any terms or conditions inconsistent with those stated herein, which may appear on buyer's purchase order, or any other documents comprising an order from buyer, are void.
TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS, LOST DATA, OR LOSS OF USE) OR ATTORNEYS' FEES OR COSTS ARISING OUT OF ANY PRODUCT OR SERVICE PROVIDED UNDER THIS AGREEMENT, ANY PERFORMANCE OF, OR FAILURE TO PERFORM, THIS AGREEMENT OR ANY CONDUCT IN FURTHERANCE OF THE PROVISIONS OR OBJECTIVES OF THIS AGREEMENT, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON TORT, WARRANTY, CONTRACT OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.



**Landsberg**

OR🔆RA

1900 W University Drive
Suite 101
Tempe, AZ 85281
480-333-6660

*Landsberg*
Engineered Packaging Solutions

OR🔆RA

# Invoice

**Page 1 of 1**

| Remit-To Address |
| --- |
| Landsberg/EPS<br>13397 Marlay Ave Ste A<br>Fontana CA 92337-6946 |

| Ship-to Address |
| --- |
| FLAVORCRAFT<br>2123 Watterson Trail<br>LOUISVILLE KY 40299 |

RIDEL MARKETING GROUP
5327 E PINCHOT AVE
PHOENIX AZ 85018-8039

| Information | |
| --- | --- |
| Customer Number | 160055 |
| Division | 1087 |
| Order Number | 1005232 |
| Delivery Number | 81523229 |
| Sales Person | 948 |

| Ship Date | Purchase Order Number | Invoice Date | Invoice Number | Payment Terms | Incoterms |
| --- | --- | --- | --- | --- | --- |
| 07/24/2020 | 5720 landsberg | 07/24/2020 | 91400442 | Payment on Delivery | DESTINATION |

| Material | Description | Qty | UM | Unit Price | UM | Ext Price | Tax |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1299519 | FREIGHT | 1 | EA | 3427.91000 | EA | 3427.91 | Y |

| | Subtotal | Shipping & Handling | Fuel Surcharge | Tax Rate | Sales Tax | Total Invoice |
| --- | --- | --- | --- | --- | --- | --- |
| | 3427.91 | 0.00 | 0.00 | 6.00 | 205.67 | 3,633.58 USD |

Title to goods delivered shall remain with company until paid for in full.
Any discrepancy in price, specification, delivery or other material term in the PO must be communicated to the company within 2 days of receipt.
The following is made in lieu of all warranties, express or implied; company's only obligation shall be to replace such quantity of the product proved to be defective. Company shall not be liable for any injury, loss or damage, arising out of the use or inability to use the product. Before using, buyer shall determine the suitability of the product for its intended use and buyer assumes all risk and liability whatsoever in connection therewith. The foregoing may not be changed or waived except by written agreement. In the event that invoices are not paid when due, buyer agrees to pay an amount equal to 1 ½% of the invoice total for each month past the date on which payment was due. Buyer further agrees to pay reasonable attorneys' fees and costs incurred by company to collect any invoice not paid when due.
Any terms or conditions inconsistent with those stated herein, which may appear on buyer's purchase order, or any other documents comprising an order from buyer, are void.
TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS, LOST DATA, OR LOSS OF USE) OR ATTORNEYS' FEES OR COSTS ARISING OUT OF ANY PRODUCT OR SERVICE PROVIDED UNDER THIS AGREEMENT, ANY PERFORMANCE OF, OR FAILURE TO PERFORM, THIS AGREEMENT OR ANY CONDUCT IN FURTHERANCE OF THE PROVISIONS OR OBJECTIVES OF THIS AGREEMENT, REGARDLESS OF WHETHER SUCH DAMAGES ARE BASED ON TORT, WARRANTY, CONTRACT OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.